**LONG ISLAND RAILROAD COMPANY, as Owner of THE Steam Tug CUTCHOGUE, Appellee, v. CITY OF NEW YORK, Appellant.**

No. 149.

Circuit Court of Appeals, Second Circuit.

Jan. 7, 1935.

Paul Windels, Corp. Counsel, of New York City (P. Fearson Shortridge and John T. Condon, both of New York City, of counsel), for appellant.

Burlingham, Veeder, Clark & Hupper, of New York City (Chauncey I. Clark, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree (7 F. Supp. 621) affirmed.

**Nancy K. McFEELY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 5545.

Circuit Court of Appeals, Third Circuit.

Dec. 10, 1934.

Rehearing Denied Jan. 18, 1935.

Harry B. Wassell, of Pittsburgh, Pa., for petitioner.

Frank J. Wideman, Asst. Atty. Gen., and Thomas A. Carpenter and Sewall Key, Sp. Assts. to Atty. Gen., for respondent.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM.

This case depends on its own particular facts, and, as no precedent or principle is involved and we find ourselves in accord with the action of the Tax Board, we limit ourselves to affirmance of its order.

**M. & J. TRACY, Inc., as Owner of THE Barges GREAT KILLS and ANTHONY T, Libelant-Appellant, v. DISCO, Inc., Respondent-Appellee, and Lehigh Valley Railroad Company, Respondent-Impleaded-Appellee.**

No. 214.

Circuit Court of Appeals, Second Circuit.

Jan. 21, 1935.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for libelant.

Shearman & Sterling, of New York City (Sanford H. E. Freund and Horace M. Gray, both of New York City, of counsel), for Disco, Inc.

Emery & Pyne, of New York City (Warner Pyne and H. Leslie Barker, both of New York City, of counsel), for Lehigh Valley R. Co.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.